**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 98-6212**

—————————

STEVEN E. HESTER,

Plaintiff - Appellant,

versus

BONNIE GREENBURG, AUSA; JACK GIESE, AUSA;
NORMAN E. LAMBERT,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-98-5)

—————————

Submitted: October 8, 1998          Decided: October 23, 1998

—————————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Steven E. Hester, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Steven Hester appeals the district court's order dismissing without prejudice this action filed under <u>Bivens v. Six Unknown Named Agents of the Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hester v. Greenburg</u>, No. CA-98-5 (D. Md. Jan. 13, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>